IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH MITCHELL,

        Plaintiff,                No. CIV S-05-1743 LKK KJM P

    vs.

CALIFORNIA BOARD OF PRISON TERMS, et al.,

        Defendants.         ORDER
_____/

        Plaintiff, a state prisoner, is proceeding pro se with a civil rights action under 42 U.S.C. § 1983. Plaintiff has filed a request to proceed in forma pauperis.

        As provided by federal statute, a filing fee of $250.00 is required to commence a civil action in federal district court. See 28 U.S.C. § 1914(a). The court may authorize the commencement of an action "without prepayment of fees and costs or security therefor, by a person who submits an affidavit . . . that [he] is unable to pay such fee or give security therefor." 28 U.S.C. § 1915(a).

        The amount of money in plaintiff's prison trust account indicates that plaintiff is able to pay the filing fee and costs for this action. Therefore, plaintiff has made an inadequate showing of indigency, as he himself freely admits. See Olivares v. Marshall, 59 F.3d 109, 112 (9th Cir. 1995); Alexander v. Carson Adult High Sch., 9 F.3d 1448, 1449 (9th Cir. 1993).

1  Plaintiff therefore will be granted thirty days in which to submit the $250.00 filing fee[1] to the
2  Clerk of the Court.
3        On November 1 and 18, 2005, plaintiff submitted letters to the court in which
4  plaintiff indicates that he has asked prison officials to submit the filing fee for this action to the
5  court on plaintiff's behalf, but those officials have not done so.  If plaintiff cannot submit the
6  filing fee to the court within thirty days due to the actions of certain correctional officers, plaintiff
7  shall inform the court of the names of those correctional officers.  Plaintiff is cautioned that
8  failure to comply with this order result in a recommendation that the instant action be dismissed
9  without prejudice.
10       Accordingly, IT IS HEREBY ORDERED that:
11       1.  Plaintiff's request to proceed in forma pauperis is denied; and
12       2.  Within thirty days from the date of this order, plaintiff shall submit the
13 $250.00 filing fee for this action.  If plaintiff cannot submit the filing fee to the court within
14 thirty days due to the actions of certain correctional officers, plaintiff shall inform the court of the
15 names of those correctional officers, within the same thirty day period provided for by this order.
16 DATED:  November 30, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

1
mitc1743.3b

---

[1] The filing fee for federal civil actions was increased in February 2005.