IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH MITCHELL,

      Plaintiff,                    No. CIV S-05-1743 LKK KJM P

      vs.

CALIFORNIA BOARD OF PRISON TERMS, et al.,

      Defendants.           ORDER

/

      Plaintiff has asked that this case be dismissed without prejudice under Rule 41(a) of the Federal Rules of Civil Procedure. Good cause appearing, this action is deemed dismissed without prejudice.

DATED: December 8, 2006.

_____
U.S. MAGISTRATE JUDGE

1
mitc1743.dis